## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: William E. Peterson Jr.                                    CHAPTER 7
      Carol L. Peterson

          Debtor(s)                                    BKY. NO. 26-21035 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Mission Servicing Residential, Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
15 Apr 2026, 14:29:22, EDT

Matthew Fissel, Esq. (314567)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 99e654349bbc99463ec3fc92b3388452733de3779d972d4aec92c05e4234fca0