<u>Information to identify the case:</u>

| | | |
|---|---|---|
| Debtor 1: | William E. Peterson Jr. | Social Security number or ITIN:  xxx–xx–3232 |
| | First Name   Middle Name   Last Name | EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2: | Carol L. Peterson | Social Security number or ITIN:  xxx–xx–4106 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter:   7   4/11/26 |
| Case number:  26–21035–GLT | | |

## Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**10/20**

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William E. Peterson Jr. | Carol L. Peterson |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 307 Filly Circle<br>Clinton, PA 15026 | 307 Filly Circle<br>Clinton, PA 15026 |
| 4. | **Debtor's attorney**<br>Name and address | Bryan P. Keenan<br>993 Greentree Road<br>Suite 200<br>Pittsburgh, PA 15220 | Contact phone 412–922–5116<br><br>Email:  keenan662@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br><br>Email:  crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Debtor  **William E. Peterson Jr.**  and  **Carol L. Peterson**                              Case number **26–21035–GLT**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 4/13/26 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 20, 2026 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 714 725 9189, and Passcode 1961058710, call 1–828–998–0367**<br>For additional information, go to: https://www.justice.gov/ust/moc |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 7/20/26**<br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 26-21035-GLT

William E. Peterson, Jr.                                                                Chapter 7

Carol L. Peterson
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                              Page 1 of 3

Date Rcvd: Apr 13, 2026                       Form ID: 309A                           Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E. Peterson, Jr., Carol L. Peterson, 307 Filly Circle, Clinton, PA 15026-1767 |
| 16658686 | + | City of Pittsburgh EMS, PO Box 2480, Pittsburgh, PA 15230-2480 |
| 16658687 | + | Curative Labs Inc., 5738 Darlington Road, Pittsburgh, PA 15217-1512 |
| 16658689 | + | Dr. Collin P. Wurst, c/o HERITAGE VALLEY SEWICKLEY, 720 BLACKBURN ROA, Sewickley, PA 15143-1459 |
| 16658691 | | Heritage Valley Health System, 720 Blackburn Rd, Sewickley, PA 15143-1498 |
| 16658692 | + | Heritage Valley Sewickley Hospital, 720 Blackburn Rd, Sewickley, PA 15143-1459 |
| 16658694 | + | Kayli Grimm, 307 Filly Court, Clinton, PA 15026-1767 |
| 16658697 | + | MDJ: 05-3-17, Honorable Jack Kearney, Re: CV-082-2026, 8052 Steubenville Pike, Oakdale, PA 15071-9375 |
| 16658700 | + | Mission Servicing Residential Inc., P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 16658705 | | Pressler, Felt & Warshaw, LLP, c/o Ian Z. Winograd, Esquire, Re: CV-082-2026, 7 Entin Road, Suite 400, Paterson, NJ 07504 |
| 16658707 | + | Sun East Federal Credit Union, 275 Battery Street 23rd, San Francisco, CA 94111-3305 |
| 16658711 | + | UPMC Department of Emergency Medicine, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 16658715 | + | William Edward Peterson Jr., 307 Filly Circle, Clinton, PA 15026-1767 |
| 16658716 | + | William Edward Peterson Jr., 307 Filly Drive, Clinton, PA 15026-1767 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: keenan662@gmail.com | Apr 14 2026 00:22:00 | Bryan P. Keenan, 993 Greentree Road, Suite 200, Pittsburgh, PA 15220 |
| tr | + | EDI: BRCCRAWFORD.COM | Apr 14 2026 04:17:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Apr 14 2026 04:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 14 2026 04:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Apr 14 2026 00:23:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 16658677 | + | EDI: GMACFS.COM | Apr 14 2026 04:17:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 16658682 | ^ | MEBN | Apr 14 2026 00:18:21 | CF Medical LLC, 2 De Bush Ave, Unit B-1,, Middleton, MA 01949-1680 |
| 16658684 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 14 2026 00:22:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 16658678 | + | EDI: CAPIO.COM | Apr 14 2026 04:17:00 | Capia Partners, RE: CF Medical LLC, 2222 Texoma Pkwy, Ste 150, Sherman, TX 75090-2481 |

District/off: 0315-2                         User: auto                                    Page 2 of 3
Date Rcvd: Apr 13, 2026                      Form ID: 309A                          Total Noticed: 46

| | | | | |
|---|---|---|---|---|
| 16658679 | + | EDI: CAPITALONE.COM | Apr 14 2026 04:17:00 | Capital 1 Bank, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16658680 | + | EDI: CAPITALONE.COM | Apr 14 2026 04:17:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16658681 | + | EDI: DISCOVER | Apr 14 2026 04:17:00 | Capital One N.A., 4590 East Broad Stree, Columbus, OH 43213-1301 |
| 16658683 | + | EDI: JPMORGANCHASE | Apr 14 2026 04:17:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16658685 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 14 2026 00:22:00 | Citizensbk, Attn: Bankruptcy, One Citizens Dr., Providence, RI 02903-1344 |
| 16658688 | | Email/Text: backoffice.us@deferit.com | Apr 14 2026 00:23:00 | Deferit Inc, Attn: BankruptcyLegal, Po Box 3511, New York, NY 10008 |
| 16658690 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 14 2026 00:22:00 | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 16658693 | | EDI: JEFFERSONCAP.COM | Apr 14 2026 04:17:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 16658695 | | Email/Text: bk@lendmarkfinancial.com | Apr 14 2026 00:22:00 | Lendmark Financial Ser, 1851 Southpark Blvd, Colonial Heights, VA 23834 |
| 16658696 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 00:29:59 | Lvnv Funding Llc, Re: Credit One Bank N.A., Po Box 10497, Greenville, SC 29603-0497 |
| 16658701 | ^ | MEBN | Apr 14 2026 00:17:43 | MRS BPO, L.L.C, Re: Paypal, 402 Lippincott Dr, Marlton, NJ 08053-4112 |
| 16658698 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2026 00:23:00 | Midland Credit Management, 8875 Aero Dr Suite 200, San Diego, CA 92123-2255 |
| 16658699 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2026 00:23:00 | Midland Credit Mgmt, Attn: Bankruptcy, Re: Citibank N.A., Po Box 939069, San Diego, CA 92193-9069 |
| 16658702 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 14 2026 00:23:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 16658703 | | EDI: PRA.COM | Apr 14 2026 04:17:00 | Portfolio Recovery Assoc. LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 16658704 | | EDI: PRA.COM | Apr 14 2026 04:17:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, Re: Synchrony Bank, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16658706 | | Email/Text: mtgbk@shellpointmtg.com | Apr 14 2026 00:23:00 | Shellpoint Mortgage Servicing, Correspondence Address, PO Box 10826, Greenville, SC 29603-0826 |
| 16658708 | + | EDI: SYNC | Apr 14 2026 04:17:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16658709 | + | EDI: SYNC | Apr 14 2026 04:17:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 16658710 | | Email/Text: bknotice@upgrade.com | Apr 14 2026 00:22:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 16658712 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 14 2026 00:23:00 | UPMC Mercy, 1400 Locust Street, Pittsburgh, PA 15219-5114 |
| 16658713 | + | Email/Text: contact@fiwlaw.com | Apr 14 2026 00:23:00 | Weinberg & Associates, c/o Frederic A. Weinberg, 375 East Elm Street, #210, Conshohocken, PA 19428-1973 |
| 16658714 | + | Email/Text: pitbk@weltman.com | Apr 14 2026 00:23:00 | Weltman, Weinberg & Reis Co. L.P.A, Matthew M. Poney, Esquire, Re: AR-25-010023, 2 Allegheny Center Nova Tower 2, Pittsburgh, PA 15212-5402 |

District/off: 0315-2

User: auto

Page 3 of 3

Date Rcvd: Apr 13, 2026

Form ID: 309A

Total Noticed: 46

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026

Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Joint Debtor Carol L. Peterson keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor William E. Peterson  Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

TOTAL: 4