**IN THE UITED STATES BANKRUPCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH DIVISION)**

| | |
|---|---|
| IN RE:<br>**WILLIAM E. PETERSON, JR.**<br>**CAROL L. PETERSON,** | ) <br> ) <br> ) <br> ) |
| **DEBTOR.** | ) <br> ) |
| **CRM LOANS TRUST 2025-CRM DC1,** | ) <br> ) |
| **MOVANT.** | ) <br> ) |
| **WILLIAM E. PETERSON, JR.,**<br>**CAROL L. PETERSON, DEBTORS, AND**<br>**ROSEMARY C. CRAWFORD ., TRUSTEE,** | ) <br> ) <br> ) <br> ) |
| **RESPONDENTS.** | |

Alongside:

**CHAPTER 7**

**CASE NO.: 26-21035-GLT**

**JUDGE GREGORY L. TADDONIO**

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice

of Appearance on behalf of CRM Loans Trust 2025-CRM DC1 and requests that they be noticed

on all pleadings, documents and hearings; that they receive copies of all documents; and be added

to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 28th day of April  2026

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been

furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S.

Mail on this 28th day of April  2026.

*DEBTORS*
WILLIAM E. PETERSON, JR.
307 FILLY CIRCLE
CLINTON, PA 15026

CAROL L. PETERSON
307 FILLY CIRCLE
CLINTON, PA 15026

*ATTORNEYS*
BRYAN P. KEENAN
993 GREENTREE ROAD, SUITE 200
PITTSBURGH, PA 15220
412-922-5116
FAX : 412-444-0158
EMAIL: KEENAN662@GMAIL.COM

*TRUSTEE*
ROSEMARY C. CRAWFORD
CRAWFORD MCDONALD, LLC.
P.O. BOX 355
ALLISON PARK, PA 15101
CRAWFORDMCDONALD@AOL.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE, SUITE 1316
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*