# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 26-21035-GLT** |
| **William E. Peterson** | ) | **Chapter  7** |
| **Carol L. Peterson** | ) | **Document No.** |
|     **Debtor** | ) | |
| **Carol L. Peterson** | ) | |
|     **Movant** | ) | |
| **vs** | ) | |
| **Office of UC Benefit Policy** | ) | |
| **True Accord, Uplift, Indebted, Klarna** | ) | |
| **Syncb/Lowes** | | |
|     **Respondent** | ) | |

## CERTIFICATE OF SERVICE OF
## OF COVER SHEET, AMENDED SCHEDULE F, AND ORDER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses  specified below or on the attached list on **June 1, 2026**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Rosemary C. Crawford, Bankruptcy Trustee, at crawfordmcdonald@aol.com**

**1.) Service by First Class Mail--**
**Office of UC UC Benefit Policy**
 **Benefit Pay Control & Benefit Integrity**
 **651 Boas Street**
 **Room 608**
 **Harrisburg, PA 17121**

 Uplift, LLC
 Attn: Bankruptcy
 440 N. Wolfe Road
 Sunnyvale, CA 94085

 True Accord
 RE: Uplift, LLC
 16011 College Blvd, Suite 130
 Lenexa, KS 66219

Syncb/Lowes
Po Box 965003
Orlando, FL 32896

Klarna INC
800 N. High Street
Suite 300, Columbus OH 43215

InDebted USA, Inc.
Klarna INC
204 W Pitman St Ste D
O Fallon, MO 63366-2869

Date: **June 1, 2026**                    **/s/Bryan P. Keenan**
                                          Bryan  P. Keenan, PA ID No. 89053
                                          Bryan  P. Keenan  & Associates P.C.
                                          Attorney for Debtor
                                          993 Greentree Road, Suite 201
                                          Pittsburgh, PA 15220
                                          (412) 922-5116
                                          keenan662@gmail.com