**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 26-21035-GLT** |
| **William E. Peterson** | ) | **Chapter  7** |
| **Carol L. Peterson** | ) | **Document No.** |
| **Debtor** | ) | |
| **Carol L. Peterson** | ) | **Response Due: 6/8/2026** |
| **Movant** | ) | **Hearing: 6/26/2026** |
| **vs** | ) | **at 10:30 a.m.** |
| **Capital One N.A.,** | ) | |
| **Sun East Federal Credit Union** | ) | |
| **Respondent** | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTOR'S AMENDED MOTION TO AVOID JUDICIAL LIEN**

The undersigned hereby certifies, that, as of the date hereof, no answer, objection  or other responsive pleading to the Motion filed on **May 21, 2026** has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **June 8, 2026.**

It is hereby respectfully requested that the Order to the Motion be entered by the court.

Dated:  **June 9, 2026**                              **/s/ Bryan P. Keenan**
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 201
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com