**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Case No. 26-21035-GLT |
| William E. Peterson | ) | Chapter 7 |
| Carol L. Peterson | ) | Document No. 26 |
|    Debtor | ) | |
| Carol L. Peterson | ) | Response Due: 6/8/2026 |
|    Movant | ) | Hearing: 6/26/2026 |
| vs | ) | at 10:30 a.m. |
| Capital One N.A., | ) | |
| Sun East Federal Credit Union | ) | |
|    Respondent | ) | |

**AMENDED ORDER ON MOTION FOR
AVOIDANCE OF JUDICIAL LIENS**

AND NOW, **to-wit,** this ___10th___ day of _____June_____, 2026 on motion of the Debtor/Movant, Carol L. Peterson, for avoidance of judicial lien it is hereby:

**ORDERED** the Judicial Lien of the Respondent, Capital One N.A., docketed at AR-25-010023 in the Court of Common Pleas of Allegheny County on February 27, 2026 in the face amount of $4,472.63 is hereby avoided pursuant to 11 U.S.C. 522(f)(1)(A) as a lien on the debtor's real estate located at 307 Filly Circle Clinton, PA 15026.

**ORDERED** the Judicial Lien of the Respondent, Sun East Federal Credit Union docketed at AR-25-004852 in the Court of Common Pleas of Allegheny County on January 21, 2026  in the face amount of $26,585.14 is hereby avoided pursuant to 11 U.S.C. 522(f)(1)(A) as a lien on the debtor's real estate located at 307 Filly Circle Clinton, PA 15026.

**IT IS FURTHER ORDERED** that upon receipt of a discharge in the Chapter 7

Case, a copy of this order along with the Debtor's discharge order may be docketed in the

Court of Common Pleas of Allegheny County to evidence the fact that the lien of the

Respondent is discharged and does not lien or impair her interest in the real estate located

at 307 Filly Circle Clinton, PA 15026.

The relief provided in this Order
is subject to 11 U.S.C. §348(f)

Prepared by:     Bryan Keenan, Esq.     and §349(b) in the event the main
bankruptcy case is dismissed or
converted to a Chapter 7 proceeding.

**DEFAULT ENTRY**

Dated: June 10, 2026

_____

Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-21035-GLT |
| William E. Peterson, Jr. | Chapter 7 |
| Carol L. Peterson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 10, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +  William E. Peterson, Jr., Carol L. Peterson, 307 Filly Circle, Clinton, PA 15026-1767

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

**Name                         Email Address**

Brent J. Lemon
                              on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                              lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Bryan P. Keenan
                              on behalf of Debtor William E. Peterson  Jr. keenan662@gmail.com,
                              melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan
                              on behalf of Joint Debtor Carol L. Peterson keenan662@gmail.com
                              melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Joshua I. Goldman
                              on behalf of Creditor CRM Loans Trust 2025-CRM DC1 josh.goldman@padgettlawgroup.com
                              bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Matthew Fissel

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: Jun 10, 2026

Form ID: pdf900

Total Noticed: 1

on behalf of Creditor Mission Servicing Residential  Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 7