# IN UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 26-21035-GLT** |
| **William E. Peterson** | ) | **Chapter  7** |
| **Carol L. Peterson** | ) | **Document No.** |
| **Debtor** | ) | |
| **Carol L. Peterson** | ) | |
| **Movant** | ) | |
| **vs** | ) | |
| **Capital One N.A.,** | ) | |
| **Sun East Federal Credit Union** | ) | |
| **Respondent** | ) | |

## CERTIFICATE OF SERVICE OF ORDER ON
## DEBTOR'S AMENDED MOTION TO  AVOID JUDICIAL LIEN

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses  specified below or on the attached list on **June 14, 2026**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

1) **Service by Electronic Notification--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov

2) **Service by Certified  Mail--**
**a. Capital One N.A**, c/o Richard Fairbank, CEO 1680 Capital One Drive, McLean, Virginia 2210
**b. Sun East Federal Credit Union c/o** Debbie Cook, 4500 Pennell Rd, Aston, PA 19014-1862.

3) **Service by First Class Mail--**
**a. Capital One N.A**, c/o Richard Fairbank, CEO 1680 Capital One Drive, McLean, Virginia 2210
**b. Sun East Federal Credit Union c/o** Debbie Cook, President/CEO. 4500 Pennell Rd, Aston, PA 19014-1862.
**c. Sun East Federal Credit Union c/o** Debbie Cook, President/CEO,  **275 Battery Street 23rd San Francisco, CA**
**94111**

Date: **June 14, 2026**              **/s/Bryan P. Keenan**
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 201
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com