| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | William E. Peterson Jr. <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3232 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Carol L. Peterson <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4106 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   26–21035–GLT | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William E. Peterson Jr.                    Carol L. Peterson

<u>7/22/26</u>                                      **By the court:** <u>Gregory L Taddonio</u>
                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-21035-GLT |
| William E. Peterson, Jr. | Chapter 7 |
| Carol L. Peterson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 22, 2026 | Form ID: 318 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E. Peterson, Jr., Carol L. Peterson, 307 Filly Circle, Clinton, PA 15026-1767 |
| cr | + | CRM Loans Trust 2025-CRM DC1, 6267 Old Water Oak Road Suite 203, Tallahasse, FL 32312, UNITED STATES 32312-3858 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16658686 | + | City of Pittsburgh EMS, PO Box 2480, Pittsburgh, PA 15230-2480 |
| 16658687 | + | Curative Labs Inc., 5738 Darlington Road, Pittsburgh, PA 15217-1512 |
| 16658689 | + | Dr. Collin P. Wurst, c/o HERITAGE VALLEY SEWICKLEY, 720 BLACKBURN ROA, Sewickley, PA 15143-1459 |
| 16658691 | | Heritage Valley Health System, 720 Blackburn Rd, Sewickley, PA 15143-1498 |
| 16658692 | + | Heritage Valley Sewickley Hospital, 720 Blackburn Rd, Sewickley, PA 15143-1459 |
| 16673972 | | InDebted USA, Inc., Klarna INC, 204 W Pitman St Ste D, O Fallon, MO 63366-2869 |
| 16658694 | + | Kayli Grimm, 307 Filly Court, Clinton, PA 15026-1767 |
| 16658697 | + | MDJ: 05-3-17, Honorable Jack Kearney, Re: CV-082-2026, 8052 Steubenville Pike, Oakdale, PA 15071-9375 |
| 16658700 | + | Mission Servicing Residential Inc., P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 16673967 | + | Office of UC UC Benefit Policy, Benefit Pay Control & Benefit Integrity, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 16658705 | | Pressler, Felt & Warshaw, LLP, c/o Ian Z. Winograd, Esquire, Re: CV-082-2026, 7 Entin Road, Suite 400, Paterson, NJ 07504 |
| 16658707 | + | Sun East Federal Credit Union, 275 Battery Street 23rd, San Francisco, CA 94111-3305 |
| 16658711 | + | UPMC Department of Emergency Medicine, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 16658715 | + | William Edward Peterson Jr., 307 Filly Circle, Clinton, PA 15026-1767 |
| 16658716 | + | William Edward Peterson Jr., 307 Filly Drive, Clinton, PA 15026-1767 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Jul 23 2026 05:50:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Jul 23 2026 05:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 23 2026 05:50:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jul 23 2026 05:50:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16658677 | + | EDI: GMACFS.COM | Jul 23 2026 05:50:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 16658682 | ^ | MEBN | Jul 23 2026 02:02:29 | CF Medical LLC, 2 De Bush Ave, Unit B-1,, Middleton, MA 01949-1680 |
| 16658684 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 23 2026 02:03:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |

District/off: 0315-2                          User: admin                          Page 2 of 4

Date Rcvd: Jul 22, 2026                        Form ID: 318                         Total Noticed: 52

| 16658678 | + EDI: CAPIO.COM | Jul 23 2026 05:50:00 | Capia Partners, RE: CF Medical LLC, 2222 Texoma Pkwy, Ste 150, Sherman, TX 75090-2481 |
| 16658679 | + EDI: CAPITALONE.COM | Jul 23 2026 05:50:00 | Capital 1 Bank, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16658680 | + EDI: CAPITALONE.COM | Jul 23 2026 05:50:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16658681 | + EDI: DISCOVER | Jul 23 2026 05:50:00 | Capital One N.A., 4590 East Broad Stree, Columbus, OH 43213-1301 |
| 16658683 | + EDI: JPMORGANCHASE | Jul 23 2026 05:50:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16658685 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 23 2026 02:03:00 | Citizensbk, Attn: Bankruptcy, One Citizens Dr., Providence, RI 02903-1344 |
| 16658688 | Email/Text: backoffice.us@deferit.com | Jul 23 2026 02:04:00 | Deferit Inc, Attn: BankruptcyLegal, Po Box 3511, New York, NY 10008 |
| 16658690 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 23 2026 02:03:00 | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 16658693 | EDI: JEFFERSONCAP.COM | Jul 23 2026 05:50:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 16673971 | + Email/Text: bankruptcy.us@klarna.com | Jul 23 2026 02:03:00 | Klarna INC, 800 N. High Street, Suite 300, Columbus OH 43215-1430 |
| 16658695 | Email/Text: bk@lendmarkfinancial.com | Jul 23 2026 02:03:00 | Lendmark Financial Ser, 1851 Southpark Blvd, Colonial Heights, VA 23834 |
| 16658696 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2026 02:22:43 | Lvnv Funding Llc, Re: Credit One Bank N.A., Po Box 10497, Greenville, SC 29603-0497 |
| 16658701 | ^ MEBN | Jul 23 2026 02:00:56 | MRS BPO, L.L.C, Re: Paypal, 402 Lippincott Dr, Marlton, NJ 08053-4112 |
| 16658698 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2026 02:04:00 | Midland Credit Management, 8875 Aero Dr Suite 200, San Diego, CA 92123-2255 |
| 16658699 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2026 02:04:00 | Midland Credit Mgmt, Attn: Bankruptcy, Re: Citibank N.A., Po Box 939069, San Diego, CA 92193-9069 |
| 16658702 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 23 2026 02:04:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 16658703 | EDI: PRA.COM | Jul 23 2026 05:50:00 | Portfolio Recovery Assoc. LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 16658704 | EDI: PRA.COM | Jul 23 2026 05:50:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, Re: Synchrony Bank, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16658706 | Email/Text: mtgbk@shellpointmtg.com | Jul 23 2026 02:03:00 | Shellpoint Mortgage Servicing, Correspondence Address, PO Box 10826, Greenville, SC 29603-0826 |
| 16673970 | + EDI: SYNC | Jul 23 2026 05:50:00 | Syncb/Lowes, Po Box 965003, Orlando, FL 32896-5003 |
| 16658708 | + EDI: SYNC | Jul 23 2026 05:50:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16658709 | + EDI: SYNC | Jul 23 2026 05:50:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 16658710 | Email/Text: bknotice@upgrade.com | Jul 23 2026 02:03:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 16673968 | Email/Text: bankruptcies@uplift.com | Jul 23 2026 02:03:00 | Uplift, LLC, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |

District/off: 0315-2

Date Rcvd: Jul 22, 2026

User: admin

Form ID: 318

Page 3 of 4

Total Noticed: 52

| 16658712 | + Email/Text: BankruptcyNotice@upmc.edu | | |
| | | Jul 23 2026 02:04:00 | UPMC Mercy, 1400 Locust Street, Pittsburgh, PA 15219-5114 |
| 16658713 | + Email/Text: contact@fiwlaw.com | | |
| | | Jul 23 2026 02:03:00 | Weinberg & Associates, c/o Frederic A. Weinberg, 375 East Elm Street, #210, Conshohocken, PA 19428-1973 |
| 16658714 | + Email/Text: pitbk@weltman.com | | |
| | | Jul 23 2026 02:03:00 | Weltman, Weinberg & Reis Co. L.P.A, Matthew M. Poney, Esquire, Re: AR-25-010023, 2 Allegheny Center Nova Tower 2, Pittsburgh, PA 15212-5402 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mission Servicing Residential, Inc. |
| 16673969 | | True Accord, RE: Uplift, LLC, 16011 College Blvd, Suite 13 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Bryan P. Keenan | on behalf of Joint Debtor Carol L. Peterson keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor William E. Peterson  Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Joshua I. Goldman | on behalf of Creditor CRM Loans Trust 2025-CRM DC1 josh.goldman@padgettlawgroup.com bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Matthew Fissel | on behalf of Creditor Mission Servicing Residential  Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

District/off: 0315-2                    User: admin                              Page 4 of 4
Date Rcvd: Jul 22, 2026                 Form ID: 318                          Total Noticed: 52
TOTAL: 7